**No. 60435.**—C. J. Tower & Sons *v.* United States, protests 249323–K, 257703–K, and 262279–K (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cereal offal meal similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (36 Cust. Ct. 282, C. D. 1787), the claim of the plaintiff was sustained.

JANUARY 3, 1957

**No. 60436.**—Ottavia, Inc. *v.* United States, protest 248974–K.—Protest abandoned November 29, 1956. (Not published.) (Initial No. 222245–K.) Plaintiff's application for rehearing granted.

BEFORE THE THIRD DIVISION, JANUARY 9, 1957

**No. 60437.**—Camera Specialty Co., Inc. *v.* United States, protest 267433–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise marked GW610 to GW631, inclusive, consists of cameras and camera parts the same in all material respects as those the subject of Abstract 59305, the claim of the plaintiff was sustained.